IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR265 |
| vs. | ) | |
| RODRIGO CASTILLO and ROBERTO NAVA, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant, Roberto Nava's Unopposed Motion to Continue Trial [35]. The court has been informed that the co-defendant has no objections to the continuance. Counsel needs additional time to review discovery, file any necessary pretrial motions and meet with defendant to discuss trial strategy and any possible plea offers. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [35] is granted, as follows:

1. The jury trial, **for both defendants**, now set for January 18, 2022, is continued to **April 19, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 19, 2022** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** December 29, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge