IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR265 |
| | ) | |
| vs. | ) | |
| | ) | |
| RODRIGO CASTILLO and ROBERTO NAVA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on defendant, Roberto Nava's Unopposed Motion to Continue Trial [37]. Counsel needs additional time to review discovery, file any necessary pretrial motions and meet with defendant to discuss trial strategy and any possible plea offers. For good cause shown,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [37] is granted, as follows:

1. The jury trial, **for both defendants**, now set for April 19, 2022, is continued to **July 19, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 19, 2022** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. If any party desires to object to this order, they shall do so no later than 7-days from the date of this order or they may be deemed to have waived the right to object.

**DATED: April 6, 2022**

                                                                      **BY THE COURT:**

                                                                      **s/ Michael D. Nelson**
                                                                      **United States Magistrate Judge**