**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR265** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RODRIGO CASTILLO and ROBERTO NAVA,** | ) | **ORDER** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the court on defendant, Roberto Nava's Unopposed Motion to Continue Trial [39].  The court has been advised that co-defendant, Rodrigo Castilla has no objection to the motion.  For the reasons set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance.  Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [39] is granted, as follows:

1. The jury trial, **for both defendants**, now set for July 19, 2022, is continued to **September 20, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 20, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).


**DATED:  July 6, 2022**

**BY THE COURT:**


**s/ Michael D. Nelson
United States Magistrate Judge**