IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR265 |
| | ) | |
| vs. | ) | |
| | ) | |
| RODRIGO CASTILLO and ROBERTO NAVA, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter came before the court on defendant, Rodrigo Castillo's Unopposed Motion to Continue Trial [45]. Counsel for the parties appeared by telephone. The court has been advised that co-defendant, Roberto Nava has no objection to the motion. Counsel requires additional time to complete negotiations and plea paperwork. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [45] is granted, as follows:

1. The jury trial, **for both defendants**, now set for January 31, 2023, is continued to **March 28, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 28, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and without counsel for the parties requesting a hearing before the undersigned magistrate judge.**

DATED: January 23, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge